**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02090-CMA-KMT

ROBERT WING,

    Plaintiff,

v.

DR. GREEN, in his official capacity,

    Defendant.

## ORDER ON PLAINTIFF'S LETTER REGARDING FILING FEES (DOC. # 65)

On February 25, 2016, Plaintiff Robert Wing filed a letter regarding the payment of filing fees. (Doc. # 65.) Plaintiff states that he was charged $455.00 in filing fees but that he should have been charged only $350.00. (Doc. # 65 at 1.) In addition, Plaintiff states that he was improperly charged $10.85 for filings fees on December 31, 2015, because he was "done paying for filing fees on 12-1-15." (Doc. # 65 at 1.) Therefore, Plaintiff requests reimbursement of $115.85. (Doc. # 65 at 1.)

After looking into this issue with the financial administrator, the Court learned that Plaintiff owed $350 for the filing fee and $455 for the appeal fee. The previous payments went toward the $455 appeal fee, as was requested. Plaintiff still owes the $350 filing fee.

Therefore, Plaintiff's request for reimbursement is DENIED.

DATED: March 1, 2016        BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge